

# NUMBER 13-20-00009-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GLENN A. RALSTON AND
DOROTHY A. RALSTON,                                              Appellants,

v.

WHITE OAK RESOURCES VI, LLC,                                     Appellee.

On appeal from the 135th District Court
of Goliad County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Chief Justice Contreras**

Appellants Glenn A. Ralston and Dorothy A. Ralston perfected an appeal from a

judgment entered by the 135th District Court of Goliad County, Texas, in trial court cause

number 18-11-0786-CV.

The parties have filed a joint motion to dismiss the appeal. The motion complies with Texas Rule of Appellate procedure 42.1. *See* Tex. R. App. P. 42.1(a)(2); *see also* Tex. R. App. P. 43.2(f).

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the joint motion to dismiss the appeal should be granted. The joint motion to dismiss the appeal is granted, and the appeal is hereby DISMISSED. Per the parties' agreement, all costs will be taxed against the party incurring same. *See* Tex. R. App. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Delivered and filed the
1st day of October, 2020.